1    BRYAN L. HAWKINS (SB #238346)
     bryan.hawkins@stoel.com
2    BAO M. VU (SB #277970)
     bao.vu@stoel.com
3    STOEL RIVES LLP
     500 Capitol Mall, Suite 1600
4    Sacramento, CA 95814
     Telephone: 916.447.0700
5    Facsimile: 916.447.4781

6    Attorneys for Plaintiffs
     DCO INTERNATIONAL TRADING, INC. and
7    DCO ENVIRONMENTAL & RECYCLING, LLC

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12    DCO INTERNATIONAL TRADING, INC., a      Case No. 4:17-cv-02944-YGR
     California corporation; and DCO
13    ENVIRONMENTAL & RECYCLING, LLC, a     **STIPULATION OF DISMISSAL**
     Missouri limited liability company,
14                              **FED.R.CIV.PROC. 41(a)(1)(A)(ii)**
            Plaintiffs,
15
        v.
16
   KIMBERLY-CLARK CORPORATION, a
17    Delaware corporation; KIMBERLY-CLARK
     GLOBAL SALES, LLC, a Wisconsin limited
18    liability company; and DOES 1-20,

19            Defendants.

20

21

22

23

24

25

26

27

28

## STIPULATED DISMISSAL

WHEREAS Plaintiffs DCO International Trading, Inc. and DCO Environmental & Recycling, LLC and Defendants Kimberly-Clark Corporation, Inc. and Kimberly-Clark Global Sales, LLC by and through their undersigned counsel, hereby jointly move the Court to dismiss all claims and defenses in the above-captioned proceeding with prejudice and without costs or fees to either party.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice, and that each party shall bear its own costs and fees incurred in this action.

DATED:  September 15, 2017          STOEL RIVES LLP


                                    By:   /s/ Bryan L. Hawkins
                                    BRYAN L. HAWKINS
                                    BAO M. VU
                                    Attorneys for Plaintiffs
                                    DCO INTERNATIONAL TRADING,
                                    INC. and DCO ENVIRONMENTAL &
                                    RECYCLING, LLC


DATED:  September 15, 2017          GIBSON, DUNN & CRUTCHER LLP


                                    By:   /s/ Timothy W. Loose
                                    TIMOTHY W. LOOSE
                                    AARON B. FRUMKIN
                                    Attorneys for Defendants
                                    KIMBERLY-CLARK CORPORATION
                                    and KIMBERLY-CLARK GLOBAL
                                    SALES, LLC

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5-1(i)(3).

DATED:  September 15, 2017          STOEL RIVES LLP


By:   /s/ Bryan L. Hawkins
          BRYAN L. HAWKINS
          BAO M. VU
          Attorneys for Plaintiffs
          DCO INTERNATIONAL TRADING, INC.
          and DCO ENVIRONMENTAL &
          RECYCLING, LLC